# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

IN RE MEDTRONIC, INC.
SPRINT FIDELIS LEADS PRODUCTS
LIABILITY LITIGATION

This documents relates to:
**Devore v. Medtronic, Inc. et al.**
**10-cv-04662**

MDL NO. 08-1905 (RHK/JSM)

**ORDER GRANTING PLAINTIFFS'**
**LEAD COUNSEL'S MOTION TO**
**DISMISS**

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 7), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled <u>Devore v. Medtronic, Inc. et al.</u>, Civil Action No. 10-cv-04662, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 30, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge